**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JONATHAN DEON MOREHEAD**

**SEALED INDICTMENT**

4:26 cr 56 - RH

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about January 28, 2026, and May 28, 2026, in the Northern District of Florida, the defendant,

**JONATHAN DEON MOREHEAD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. a. On or about August 1, 2012, **JONATHAN DEON MOREHEAD** was convicted in the State of Georgia of Agg. Assault w/ Deadly Weapon, Crim. Att. Hijacking a Motor Vehicle, Poss. F/Arm During Comm. of Felony, and Poss. F/Arm by Conv. Felon.

FILED USDC FLND TL cm
AUG 4 '26 PM1:55

b. On or about March 7, 2014, **JONATHAN DEON MOREHEAD** was convicted in the State of Georgia of Burglary (2 Counts); and

c. On or about August 11, 2021, **JONATHAN DEON MOREHEAD** was convicted in the State of Georgia of two counts of Violation of GA Controlled Substance Act.

2. For each of these crimes, **JONATHAN DEON MOREHEAD** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JONATHAN DEON MOREHEAD** did knowingly possess a firearm, to wit, a Raven Arms .25 caliber pistol.

4. This firearm had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

Enhanceable Prior Convictions

Before **JONATHAN DEON MOREHEAD** committed the offense charged in this count, **JONATHAN DEON MOREHEAD** had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JONATHAN DEON MOREHEAD,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

[redacted]

FOREPERSON

8-4-2026

DATE

JOHN P. HEEKIN
United States Attorney

EMMA SCHWAN
Assistant United States Attorney